# Invoice

# Kinder Caviar, Inc.
## P. O. Box 61
## Perry Park, Ky
## 40363
## "Pearls of Delight"     502.484.2272

## kindercaviar@peoplepc.com

---

TERMS: wire transfer          DATE: October 20, 2008
        upon receipt of invoice

SOLD TO:  Gunther Corsten-Gerhards
          44 20 8960 3600

SHIP TO: Princesse d'Isenbourg et Cie Limited
2 Bard Road
London
W10 6TP

**HACCP CERTIFIED**                    **USDA APPROVED**

| QUANTITY | SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 550.80 lbs | TBD | Paddlefish caviar | US $235.00 | US $129,438.00 |
| (249.84 kg) | | | | |
| | | | | |
| | | | | |



EXHIBIT A