# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT FRANKFORT

| | |
|---|---|
| PRINCESSE D'ISENBOURG ET CIE LTD, ) | |
| ) | CASE NO. 3:09-29-DCR |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| KINDER CAVIAR, INC. ) | |
| ) | |
| DEFENDANT ) | |

## PLAINTIFF PRINCESSE D'ISENBOURG ET CIE LTD'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT KINDER CAVIAR, INC.

Plaintiff, Princesse D'Isenbourg et Cie Ltd., by counsel, and supported by the Memorandum tendered herewith, requests the Court to enter the attached Order granting summary judgment against Defendant, Kinder Caviar, Inc., pursuant to F.R.C.P 56(c). For the reasons and arguments cited in the attached Memorandum, there are no genuine issues of material fact pertaining to Plaintiff's claims, and Plaintiff is entitled to judgment as a matter of law.

Respectfully submitted,

THE ZOPPOTH LAW FIRM

 /s/ Scott P. Zoppoth
Scott P. Zoppoth
Jennifer L. Hulse
1600 Kentucky Home Life Building
239 South Fifth Street
Louisville, KY  40202
(502) 568-8884
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of Court and was served via CM/ECF's electronic filing system upon the following individuals and address listed below on this 22nd day of June 2010.

Teresa J. Hill
Shannan Stamper Carroll
Brown & Hill, PLLC
143 W. Woodford Street, Suite 2
Lawrenceburg, KY 40342

                                                  /s/ Scott P. Zoppoth
                                                  Scott P. Zoppoth