

# Invoice

# Kinder Caviar, Inc.
## P. O. Box 61
## Perry Park, Ky
# 40363
## "Pearls of Delight"  502.484.2272

## kindercaviar@peoplepc.com

---

TERMS: wire transfer  
upon receipt of invoice

DATE: October 20, 2008

SOLD TO: Gunther Corsten-Gerhards  
44 20 8960 3600

SHIP TO: Princesse d'Isenbourg et Cie Limited  
2 Bard Road  
London  
W10 6TP

**HACCP CERTIFIED**  **USDA APPROVED**

| QUANTITY | SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 550.80 lbs (249.84 kg) | TBD | Paddlefish caviar | US $235.00 | US $129,438.00 |
|  |  |  |  |  |
|  |  |  |  |  |