# EXHIBIT 5



## Champagne Vins et Produits Fins
## de la
# Princesse d'Isenbourg et Cie

*1-4 Band Road, Holland Park, London W10 6TP Tel: 44 (0)20 8960 3600 Fax: 44 (0)20 8960 3530*

Date: **13/02/2009**  www.caviar.co.uk  Invoice No: **102759**

| TO: KINDER CAVIAR INC.<br>5810 Squiresville Road<br>Owenton<br>Kentucky<br>KY 40359<br>USA | DELIVER TO: | | | ACCOUNT CODE: KINDER<br>Customer Order No: EMAIL | | |

| QUANTITY | DESCRIPTION | UNIT | TOTAL WEIGHT | UNIT PRICE | NETT VALUE | VAT VALUE |
|---|---|---|---|---|---|---|
| 1300 | Empty Metal Tin 55mm, 50g | Each | | 0.860 | 1118.00 | |
| 1 | Delivery Charges - UPS Express Saver to USA | Each | | 358.000 | 358.00 | |
| | **UPS TRACKING NUMBER: H7541159089** | | | | | |

| | NETT TOTAL | 1476.00 |
|---|---|---|
| | VAT TOTAL | 0.00 |
| **PAYABLE** TOTAL AMOUNT | | 1476.00 |
| VAT REGISTRATION No. 446 0666 44 **EURO €** | | |

RECEIVED IN GOOD ORDER FOR AND ON BEHALF OF ABOVE RECIPIENT
SIGN AND PRINT NAME

Please See Overleaf For Terms and Conditions.