# EXHIBIT 15



**Agroittica**
SPECIALITÀ ITTICO GASTRONOMICHE

```
To
PRINCESSE D'ISENBOURG ET CIE LTD
2 BARD ROAD HOLLAND PARK
W10 6 TP
LONDON
UK
```

INVOICE NO      20090411
DATE            11/04/2009
TERMS OF PAYMENT **PREPAYMENT**
                BANCA NAZIONALE DEL LAVORO - BRESCIA
                **iban IT45 Y010 0511 2000 0000 0025 604**
                **SWIFT  BNLIITRR**

| ARTICLE | KG. | PRICE €/kg | AMOUNT EURO |
|---|---|---|---|
| FRESH HY STURGEON CAVIAR (a.baeriXa.naccari) IN ORIGINAL TIN KG 1-1,8 | 251 | 875.00 | 219,625.00 |
| FREIGHT COST | | | 400.00 |
| **TOTAL** | | | **€ 220,025.00** |

N.I. Art. 41 D.L. 427/93