# EXHIBIT 1

# Invoice

*Kinder Caviar, Inc.*

"Pearls of Delight"

P. O. Box 61
Perry Park, Ky 40363
502.484.2272
kindercaviar@peoplepc.com

---

TERMS:  wire transfer
         upon receipt of invoice

DATE:  October 20, 2008

SOLD TO:  Gunther Corsten-Gerhards
          44 20 8960 3600

SHIP TO:  Princesse d'Isenbourg et Cie Limited
2 Bard Road
London
W10 6TP

**HACCP CERTIFIED**          **USDA APPROVED**

| QUANTITY | SHIPPED | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 550.80 lbs | TBD | Paddlefish caviar | US $235.00 | US $129,438.00 |
| (249.84 kg) | | | | |
| | | | | |
| | | | | |

Thank you for your order!  We appreciate your business.

<u>Policy 7/01/2001</u>
FUNDS MUST BE RECEIVED PRIOR TO SHIPPING.  ALL CLAIMS MUST BE MADE WITHIN 24 HOURS OF RECEIPT.